# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:     PREMIER LINEN AND SUPPLY CORP     §  Case No. 16-26178-MAM
               §
               §
Debtor(s)               §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Michael R. Bakst, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $137,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $2,865.28 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $66,285.72 | |

3) Total gross receipts of $69,151.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $69,151.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 65,092.96 | 66,412.14 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 66,285.72 | 66,285.72 | 66,285.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,811.24 | 6,811.24 | 2,865.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 477,234.58 | 214,112.36 | 196,924.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$542,327.54** | **$353,621.46** | **$270,020.96** | **$69,151.00** |

4)  This case was originally filed under Chapter 7 on 12/05/2016. The case was pending for 37 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/17/2019                    By: /s/ Michael R. Bakst, Trustee
                                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE: DEBTOR TO PROVIDE NAMES | 1121-000 | 20,971.64 |
| WELLS FARGO BANK, NA BUS CHECKING #2245 | 1129-000 | 28,602.27 |
| ADP TAX FILING SERVICE - REFUND OF CREDIT BALANC | 1229-000 | 277.09 |
| POTENTIAL PREFERENCE PAY'T: BB&T | 1241-000 | 9,000.00 |
| PREFERENCE PAYMENT TO CAPITAL ONE | 1241-000 | 5,300.00 |
| PREFERENCE TRANSFERS TO BLUEVINE CAPITAL, INC. | 1241-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$69,151.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BB&T | 4110-000 | 19,651.15 | 19,821.16 | 0.00 | 0.00 |
| 3 | BB&T | 4110-000 | 23,575.37 | 22,052.79 | 0.00 | 0.00 |
| 5 | BB&T | 4110-000 | 21,866.44 | 23,064.79 | 0.00 | 0.00 |
| 16 | KTR South Florida, LLC | 4110-000 | 0.00 | 1,473.40 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$65,092.96** | **$66,412.14** | **$0.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael R. Bakst, Trustee | 2100-000 | N/A | 6,707.55 | 6,707.55 | 6,707.55 |
| Michael R. Bakst, Trustee | 2200-000 | N/A | 226.95 | 226.95 | 226.95 |

| | | | | | |
|---|---|---|---|---|---|
| KAPILAMUKAMAL, LLP | 3410-000 | N/A | 26,000.00 | 26,000.00 | 26,000.00 |
| KAPILAMUKAMAL, LLP | 3420-000 | N/A | 385.26 | 385.26 | 385.26 |
| Rabobank, N.A. | 2600-000 | N/A | 523.48 | 523.48 | 523.48 |
| GREENSPOON MARDER LLP | 3110-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| GREENSPOON MARDER LLP | 3120-000 | N/A | 2,442.48 | 2,442.48 | 2,442.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$66,285.72** | **$66,285.72** | **$66,285.72** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | State of Florida - Department of Revenue | 5800-000 | N/A | 6,811.24 | 6,811.24 | 2,865.28 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | **$6,811.24** | **$6,811.24** | **$2,865.28** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Boca Linen | 7100-000 | 11,000.00 | 11,575.00 | 11,575.00 | 0.00 |
| 4 | BB&T | 7100-000 | 49,000.00 | 49,958.83 | 49,958.83 | 0.00 |
| 6 | ST. LUCIE BATTERY & TIRE | 7100-000 | N/A | 3,236.21 | 0.00 | 0.00 |
| 7 | Comdata Inc | 7100-000 | N/A | 1,095.44 | 1,095.44 | 0.00 |
| 8 | BB&T | 7100-000 | N/A | 2,012.37 | 2,012.37 | 0.00 |
| 9 | BB&T | 7100-900 | 3,500.00 | 5,358.55 | 5,358.55 | 0.00 |
| 10 | BB&T | 7100-900 | 5,500.00 | 3,740.08 | 3,740.08 | 0.00 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 14,296.01 | 14,296.01 | 0.00 |
| 12 | Capital One Bank (USA), N.A. | 7100-900 | 7,467.61 | 7,900.46 | 7,900.46 | 0.00 |
| 13 | American Express Bank, FSB | 7100-000 | 18,000.00 | 19,890.83 | 19,890.83 | 0.00 |
| 14 | Wells Fargo Bank, N.A. | 7100-900 | 4,505.73 | 4,176.44 | 4,176.44 | 0.00 |
| 15 | State of Florida - Department of Revenue | 7300-000 | N/A | 468.58 | 468.58 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | KTR South Florida, LLC | 7100-000 | 32,000.00 | 31,304.35 | 17,352.20 | 0.00 |
| 17 | United TranzActions, LLC | 7100-000 | N/A | 690.31 | 690.31 | 0.00 |
| 18 | On Deck Capital, Inc. | 7200-000 | 10,000.00 | 11,140.00 | 11,140.00 | 0.00 |
| 19 | Venus Group | 7200-000 | 47,000.00 | 47,268.90 | 47,268.90 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 95,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bluevine Capital, Inc. | 7100-000 | 12,573.71 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase Bank USA, NA | 7100-000 | 2,844.24 | 0.00 | 0.00 | 0.00 |
| NOTFILED | M&T Bank, NA | 7100-000 | 18,843.29 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Quarter Spot, Inc. | 7100-000 | 160,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$477,234.58** | **$214,112.36** | **$196,924.00** | **$0.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 16-26178 MAM | Trustee: | Michael R. Bakst, Trustee |
| Case Name: | PREMIER LINEN AND SUPPLY CORP | Filed (f) or Converted (c): | 12/05/16 (f) |
| | | §341(a) Meeting Date: | 01/04/17 |
| Period Ending: | 12/17/19 | Claims Bar Date: | 04/04/17 |

| Ref # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK, NA BUS CHECKING #2245 | 28,602.27 | 28,602.27 | | 28,602.27 | FA |
| 2 | BB&T BUS CHECKING #3024 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE: DEBTOR TO PROVIDE NAMES DEMAND LETTERS HAVE BEEN SENT TO VENDORS ON LIST PROVIDED BY DEBTOR.  BALANCE OF A/R UNCOLLECTIBLE. | 80,000.00 | 80,000.00 | | 20,971.64 | FA |
| 4 | LINEN INVENTORY<br>NOTICE OF ABANDONMENT FILED 1-27-2017--ECF#30 | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | OFFICE EQUIPMENT,INC(DOES NOT INCLUDE COMPUTERS)<br>NOTICE OF ABANDONMENT "NOT INCLUDING COMPUTERS" FILED 1-27-2017--ECF#30<br><br>SEE ASSET #10 FOR COMPUTERS | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 6 | 2012 MITSHIBUSHI FE160 - VIN ENDING 2373<br>NOTICE OF ABANBONMENT FILED 1-19-2017--ECF#24 | 24,500.00 | 0.00 | OA | 0.00 | FA |
| 7 | 2012 MITSHIBUSHI FE160 - VIN ENDING 2017<br>NOTICE OF ABANBONMENT FILED 1-19-2017--ECF#24 | 24,500.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2012 MITSHIBUSHI FE160 - VIN ENDING 0522<br>NOTICE OF ABANBONMENT FILED 1-19-2017--ECF#24 | 24,500.00 | 0.00 | OA | 0.00 | FA |
| 9 | ADP TAX FILING SERVICE - REFUND OF CREDIT BALANC (u)<br>FOR: FED-FUTA; CA-SUIER; FL-SUIER | 277.09 | 277.09 | | 277.09 | FA |
| 10 | 3 COMPUTERS<br>PETITION ONLY STATES 2 COMPUTERS, 3 WERE OBTAINED BY THE TRUSTEE AND TURNED OVER TO THE ACCOUNTANT.  THE COMPUTER THEMSELVES HAVE NO VALUE, JUST THE INFORMATION IT HOLDS. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | POTENTIAL PREFERENCE PAY'T: BB&T (u)<br>PAY'T PER C.O. DATED 11-20-2017 --ECF#47 | 9,000.00 | 9,000.00 | | 9,000.00 | FA |
| 12 | PREFERENCE TRANSFERS TO BLUEVINE CAPITAL, INC. (u)<br>(see footnote) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 13 | PREFERENCE PAYMENT TO CAPITAL ONE (u) | 5,300.00 | 5,300.00 | | 5,300.00 | FA |

**FORM 1**

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Page: 2

**ASSET CASES**

| **Case Number:** | 16-26178 MAM | **Trustee:** | Michael R. Bakst, Trustee |
| **Case Name:** | PREMIER LINEN AND SUPPLY CORP | **Filed (f) or Converted (c):** | 12/05/16 (f) |
| | | **§341(a) Meeting Date:** | 01/04/17 |
| **Period Ending:** | 12/17/19 | **Claims Bar Date:** | 04/04/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | PREFERENCE TRANSFER TO LORETTA TORELLA aka LORETTA TERELLA (u) (see footnote) | 20,000.00 | 20,000.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$265,179.36** | **$148,179.36** | | **$69,151.00** | **$0.00** |

Regarding Property #12   ADVERSARY FILED ON 12-7-2017 [ADV CASE NO: 17-01463-PGH]

PAY'T PER ECF#66 DATED 6-5-2018

Regarding Property #14   ADVERSARY FILED ON 12-4-2017 [ADV CASE NO: 17-01460-PGH]-

2/8/2018 ECF#15 [ADV] ORDER ENTERED GRANTING MOTION FOR DEFAULT JUDGMENT [9].

DEFAULT JUDGMENT AGAINST DEFENDANT LORETTA TORELLA ENTERED 2/8/2018 [ECF#16]

5/30/2018 ECF#32 Order Denying-in-part, as Moot, and Granting-in-part Motion To Amend the Court's Default Final Judgment Against Loretta Torella (Re: # [27])

1/16/2019 ECF#43 - Notice of Dismissal in an Adversary Proceeding Filed by Plaintiff Michael R. Bakst. (Carnahan, Rilyn)

JUDGMENT VACATED.

**Major activities affecting case closing:**

CBD:  4-4-2017. CLAIM REVIEW COMPLETE.  CLAIM OBJECTIONS COMPLETE.

TAX RETURN:  CPA EMPLOYED. KAPILA (KAPILAMUKUMAL):  08/17/17 CERTIFIED MAILING OF THE 2016 F-1120S TAX RETURN TO IRS (PHILADELPHIA, PA & CINCINNATI, OH (0013).   3-16-2018:  CPA CONFIRMED EXTENSION FILED.
----9-10-2018:  CERTIFIED MAILING OF THE 2017 F-1120S TAX RETURNS TO IRS (PHILADELPHIA, PA & CINCINNATI, OH (0013)
-------2-22-2019: CERTIFIED MAILING OF THE 2018 (FINAL) F-1120S TAX RETURN TO IRS (PHILADELPHIA, PA & OGDEN, UT (0013)).

**Initial Projected Date of Final Report (TFR):** December 31, 2019          **Current Projected Date of Final Report (TFR):** August 05, 2019 (Actual)

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 1

| Case Number: | 16-26178 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | PREMIER LINEN AND SUPPLY CORP | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8766 - Checking Account |
| Taxpayer ID#: | **-***1477 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 12/17/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/16 | Asset #1 | WELLS FARGO BANK, N.A.-CASHIER'S CHECK | BANK ACCOUNT ENDING #2245 | 1129-000 | 28,602.27 | | 28,602.27 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 28,592.27 |
| 01/17/17 | Asset #9 | AUTOMATIC DATA PROCESSING | REFUND OF TAX CREDIT BALANCE FROM ADP TAX FILING SERVICE | 1229-000 | 277.09 | | 28,869.36 |
| 01/20/17 | Asset #3 | THE COUNTRY CLUB OF FLORIDA | ACCOUNTS RECEIVABLE | 1121-000 | 232.57 | | 29,101.93 |
| 01/23/17 | Asset #3 | SUNDEK LLC | ACCOUNTS RECEIVABLE | 1121-000 | 334.08 | | 29,436.01 |
| 01/23/17 | Asset #3 | COASTAL HEALTH CENTER | ACCOUNTS RECEIVABLE | 1121-000 | 356.12 | | 29,792.13 |
| 01/23/17 | Asset #3 | NK WELLNESS, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 266.77 | | 30,058.90 |
| 01/23/17 | Asset #3 | CAPTAIN'S CATCH SEAFOOD RESTAURANT | ACCOUNTS RECEIVABLE | 1121-000 | 77.50 | | 30,136.40 |
| 01/23/17 | Asset #3 | SOUTH SAIL RESORT, INC | ACCOUNTS RECEIVABLE | 1121-000 | 784.87 | | 30,921.27 |
| 01/26/17 | Asset #3 | INN ON THE DRIVE LLC | ACCOUNTS RECEIVABLE | 1121-000 | 401.49 | | 31,322.76 |
| 01/31/17 | Asset #3 | THE CORNERSTONE NEIGHBORHOOD B&G INC D/BA/ THE INN AT OCEAN | ACCOUNTS RECEIVABLE | 1121-000 | 448.69 | | 31,771.45 |
| 01/31/17 | Asset #3 | CASA DE MAYAN DBA 1600 S OCEAN DRIVE, LLC | ACCOUNTS RECEIVABLE | 1121-000 | 591.28 | | 32,362.73 |
| 01/31/17 | Asset #3 | NEW HOTEL OPERATION FLORIDA, LLC D/B/A ROYAL BLUES HOTEL | ACCOUNTS RECEIVABLE | 1121-000 | 311.98 | | 32,674.71 |
| 01/31/17 | Asset #3 | MIAMI LIFE CENTER | ACCOUNTS RECEIVABLE | 1121-000 | 479.47 | | 33,154.18 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| Case Number: | 16-26178 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | PREMIER LINEN AND SUPPLY CORP | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8766 - Checking Account |
| Taxpayer ID#: | **-***1477 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 12/17/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.75 | 33,109.43 |
| 02/02/17 | Asset #3 | PALM BEACH YACHT CLUB ASSOCIATES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 1,871.42 | | 34,980.85 |
| 02/06/17 | Asset #3 | THE WICK THEATRE & COSTUME MUSEUM INC | ACCOUNTS RECEIVABLE | 1121-000 | 40.28 | | 35,021.13 |
| 02/07/17 | Asset #3 | RED PARROT INC. | ACCOUNTS RECEIVABLE | 1121-000 | 165.56 | | 35,186.69 |
| 02/09/17 | Asset #3 | FLORIDA BAY CLUB CONDOMINIUM ASSN | ACCOUNTS RECEIVABLE | 1121-000 | 705.23 | | 35,891.92 |
| 02/21/17 | Asset #3 | MP PROFESSIONAL CLEANING LLC | ACCOUNTS RECEIVABLE | 1121-000 | 1,000.00 | | 36,891.92 |
| 02/23/17 | Asset #3 | PLAZA BALLROOM & EVENT CENTRE LLC | ACCOUNTS RECEIVABLE | 1121-000 | 300.87 | | 37,192.79 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.75 | 37,145.04 |
| 03/06/17 | Asset #3 | MP PROFESSIONAL CLEANING LLC | ACCOUNTS RECEIVABLE | 1121-000 | 1,000.00 | | 38,145.04 |
| 03/14/17 | Asset #3 | THE YACHT & COUNTRY CLUB, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 201.10 | | 38,346.14 |
| 03/14/17 | Asset #3 | THE YACHT & COUNTRY CLUB, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 447.55 | | 38,793.69 |
| 03/21/17 | Asset #3 | MP PROFESSIONAL CLEANING LLC | ACCOUNTS RECEIVABLE | 1121-000 | 1,000.00 | | 39,793.69 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.28 | 39,736.41 |
| 04/04/17 | Asset #3 | MP PROFESSIONAL CLEANING LLC | ACCOUNT RECEIVABLE (FINAL PAYMENT FOR THIS VENDOR) | 1121-000 | 1,000.12 | | 40,736.53 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 3

| Case Number: | 16-26178 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | PREMIER LINEN AND SUPPLY CORP | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8766 - Checking Account |
| Taxpayer ID#: | **-***1477 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 12/17/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/17 | Asset #3 | CARNIVAL CRUISE LINE | ACCOUNTS RECEIVABLE (PAYMENT IN FULL OF CARNIVAL RECEIVABLE) | 1121-000 | 7,841.43 | | 48,577.96 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.46 | 48,517.50 |
| 05/01/17 | Asset #3 | Seagate Beach Club DBA Seagate Beach Club | ACCOUNTS RECEIVABLE | 1121-000 | 134.46 | | 48,651.96 |
| 05/01/17 | Asset #3 | Stuart Corinthian Yacht Club, Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 89.44 | | 48,741.40 |
| 05/01/17 | Asset #3 | 123 East LLC dba Subculture Coffee | ACCOUNTS RECEIVABLE | 1121-000 | 37.71 | | 48,779.11 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.12 | 48,701.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.05 | 48,631.94 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.61 | 48,564.33 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.84 | 48,487.49 |
| 09/01/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.62 | 48,475.87 |
| 09/01/17 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 48,475.87 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 48,999.35 | 48,999.35 | $0.00 |
| Less: Bank Transfers | | 0.00 | 48,475.87 | |
| **Subtotal** | | **48,999.35** | **523.48** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$48,999.35** | **$523.48** | |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 4

| Case Number: | 16-26178 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | PREMIER LINEN AND SUPPLY CORP | Bank Name: | Signature Bank |
| | | Account: | ******7013 - Checking |
| Taxpayer ID#: | **-***1477 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 12/17/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/17 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 48,475.87 | | 48,475.87 |
| 09/06/17 | Asset #3 | COMDATA | ACCOUNTS RECEIVABLE | 1121-000 | 500.00 | | 48,975.87 |
| 12/19/17 | Asset #13 | CAPITAL ONE | PREFERENCE PAYMENT<br>Payment to A/R Account #2 CAPITAL ONE;<br>Payment #1 due 12/15/2017 | 1241-000 | 5,300.00 | | 54,275.87 |
| 01/04/18 | Asset #11 | PREMIER LINEN & SUPPLY<br>(BB&T) | PAY'T PER C.O. DATED 11-20-2017--ECF#47<br>Payment to A/R Account #1 PREMIER LINEN<br>& SUPPLY (BB&T); Payment #1 due<br>11/20/2017 | 1241-000 | 9,000.00 | | 63,275.87 |
| 03/30/18 | Asset #3 | Enterprise Holdings | ACCOUNTS RECEIVABLE | 1121-000 | 149.39 | | 63,425.26 |
| 04/25/18 | Asset #12 | Bluevine Capital Inc | PAY'T PER ECF#66 DATED 6-5-2018<br>(PREFERENCE) | 1241-000 | 5,000.00 | | 68,425.26 |
| 05/01/18 | Asset #3 | Seagate Beach Club DBA<br>Seagate Beach Club | ACCOUNTS RECEIVABLE | 1121-000 | 202.26 | | 68,627.52 |
| 11/01/19 | 1001 | GREENSPOON MARDER LLP | Dividend of 100.000000000% | 3110-000 | | 30,000.00 | 38,627.52 |
| 11/01/19 | 1002 | GREENSPOON MARDER LLP | Dividend of 100.000000000% | 3120-000 | | 2,442.48 | 36,185.04 |
| 11/01/19 | 1003 | KAPILAMUKAMAL, LLP | Dividend of 100.000000000% | 3410-000 | | 26,000.00 | 10,185.04 |
| 11/01/19 | 1004 | KAPILAMUKAMAL, LLP | Dividend of 100.000000000% | 3420-000 | | 385.26 | 9,799.78 |
| 11/01/19 | 1005 | Michael R. Bakst, Trustee | Dividend of 100.000000000% | 2100-000 | | 6,707.55 | 3,092.23 |
| 11/01/19 | 1006 | Michael R. Bakst, Trustee | Dividend of 100.000000000% | 2200-000 | | 226.95 | 2,865.28 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 5

| Case Number: | 16-26178 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | PREMIER LINEN AND SUPPLY CORP | Bank Name: | Signature Bank |
| | | Account: | ******7013 - Checking |
| Taxpayer ID#: | **-***1477 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 12/17/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/19 | 1007 | State of Florida - Department of Revenue | Dividend of 42.066936417%, Claim No. 15 | 5800-000 | | 2,865.28 | 0.00 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 68,627.52 | 68,627.52 | **$0.00** |
| Less: Bank Transfers | | 48,475.87 | 0.00 | |
| **Subtotal** | | **20,151.65** | **68,627.52** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$20,151.65** | **$68,627.52** | |

| | |
|---|---|
| Net Receipts: | $69,151.00 |
| Net Estate: | $69,151.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7013** | 20,151.65 | 68,627.52 | 0.00 |
| **Checking # ******8766** | 48,999.35 | 523.48 | 0.00 |
| | **$69,151.00** | **$69,151.00** | **$0.00** |